FILED IN CHAMBERS
U.S.D.C. Atlanta

NOV 3 0 2018

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF
AMERICA,

    Plaintiff,

    vs

GRANT KIDD,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)

CASE NO.
1:18-CR-00306-1-AT-JFK

## ORDER APPOINTING COUNSEL

The Court finds the Defendant, the individual named below, having testified under oath or having otherwise satisfied this Court that he or she is financially unable to employ counsel, is indigent, and because the interest of justice so require;

IT IS ORDERED that Lawanda N. Hodges is hereby appointed to represent Defendant Grant Kidd.

This 30th day of November, 2018.

_____
UNITED STATES MAGISTRATE JUDGE