# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cr-00306-AT-JFK
## USA v. Kidd
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 05/16/2019.

TIME COURT COMMENCED: 10:45 A.M.
TIME COURT CONCLUDED: 11:55 A.M.
TIME IN COURT: 1:10
OFFICE LOCATION: Atlanta

COURT REPORTER: Shannon Welch
USPO: Thyjuan Ransom
DEPUTY CLERK: Harry Martin

| | |
|---|---|
| DEFENDANT(S): | [1]Grant Kidd, Jr. Present at proceedings |
| ATTORNEY(S) PRESENT: | Brent Gray representing USA<br>Kendal Silas representing Grant Kidd |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | Defendant was sentenced as to Count 1 of the Criminal Indictment. See J&C for sentence. |
| HEARING STATUS: | Hearing Concluded |