# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | Case Number:   1:18-CR-0306-AT-1 |
| | USM Number:   70043-019 |
| GRANT KIDD, JR. | |
| | Kendal Silas |
| | Defendant's Attorney |

**THE DEFENDANT:**

The defendant pleaded guilty to count 1.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1951(a) | Extortion Under Color of Official Right | August 9, 2015 | 1 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

May 16, 2019
Date of Imposition of Judgment

*/s/ Amy Totenberg*
Signature of Judge

AMY TOTENBERG, U. S. DISTRICT JUDGE
Name and Title of Judge

May 20, 2019
Date

DEFENDANT: GRANT KIDD, JR.
CASE NUMBER: 1:18-CR-0306-AT-1                                                                 Judgment -- Page **2** of **5**

Judgment in a Criminal Case
Sheet 4 -- Probation

## PROBATION

You are hereby sentenced to probation for a term of: **THIRTY (30) MONTHS.**

Defendant shall serve the first **TWELVE (12) MONTHS** of probation on home confinement. During home confinement, the Defendant will be restricted to his residence at all times except for the following reasons or as authorized by the Probation Officer: the performance of his work obligations as a truck driver, including daily travel throughout the states of Georgia, Tennessee, Alabama, South Carolina, and North Carolina and other related work obligations, provided he returns home early, unless approved for more extended travel; religious services; medical reasons and appointments for himself or attendant to the medical care of an immediate family member; attending to education related functions for his son at college in Alabama or otherwise, i.e., attendance at his son's high school graduation, and attendance of a college football game in Alabama, as coordinated with the probation officer; essential self-care functions (to be discussed and pre-approved by the Probation Officer); visits with legal counsel and attendance at court proceedings; performance of his 150 hours of community service obligation; and any other reasonable or necessary outside activities pre-approved by the probation officer.

Defendant shall serve the first **FOUR (4) MONTHS** of home confinement on location monitoring. The defendant shall be required to pay up to 50% of the cost for the electronic monitoring program, based upon his ability to pay, as determined by the probation officer.

Defendant shall be required to complete **ONE HUNDRED FIFTY (150) HOURS** of community service during his term of probation under the guidance and supervision of his probation officer.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☑ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(Check if applicable)*
4. You must cooperate in the collection of DNA as directed by the probation officer.
5. You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.
6. You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

DEFENDANT: GRANT KIDD, JR.
CASE NUMBER: 1:18-CR-0306-AT-1

Judgment -- Page **3** of **5**

## STANDARD CONDITIONS OF SUPERVISION

As part of your probation, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of the time you were sentenced, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

**U.S. Probation Office Use Only**

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see Overview of Probation and Supervised Release Conditions, available at: www.uscourts.gov

I understand that a violation of any of these conditions of supervised release may result in modification, extension, or revocation of my term of supervision.

Defendant's Signature _____ Date _____

USPO's Signature _____ Date _____

DEFENDANT:  GRANT KIDD, JR.
CASE NUMBER:  1:18-CR-0306-AT-1                                                                        Judgment -- Page **4** of **5**

## ADDITIONAL STANDARD CONDITIONS OF SUPERVISION

As part of your probation, you must comply with the following additional standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court, and bring about improvements in your conduct and condition.

You must refrain from the excessive use of alcohol.

You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(l)), other electronic communications or data storage devices or media, or office to a search conducted by a United States Probation Officer.  Failure to submit to a search may be grounds for revocation of release.  You must warn any other occupants that the premises may be subject to searches pursuant to this condition.  An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that you violated a condition of your supervision and that areas to be searched contain evidence of this violation.  Any search must be conducted at a reasonable time and in a reasonable manner.

DEFENDANT: GRANT KIDD, JR.
CASE NUMBER: 1:18-CR-0306-AT-1                                    Judgment -- Page 5 of 5

Judgment in a Criminal Case
Sheet 5 -- Criminal Monetary Penalties

# CRIMINAL MONETARY PENALTIES

### Special Assessment

TOTAL          $100.00

### Fine

TOTAL          The Court waives the fine.